CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

**F I L E D**

APR 3 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 26 00201 PCP NC |
|---|---|---|
| Plaintiff, | ) | MOTION TO SEAL DOCUMENTS |
| v. | ) | |
| ERNEST RENE HUDSON, | ) | |
| Defendant. | ) | |

The United States, by and through its counsel, Assistant United States Attorney Marissa Harris, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the

MOTION FOR SEALING ORDER                    1                    v. 2/22/2020

FBI and other law enforcement agencies assisting the investigation.

DATED:  April 29, 2026                                  Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


_____/s/_____
MARISSA HARRIS
Assistant United States Attorney

MOTION FOR SEALING ORDER                    2                    v. 2/22/2020