BRUCE C. FUNK (CSBN 122340)
Law Office of Bruce C. Funk
46 W. Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email:  bcfunkesq@aol.com

Attorney for Defendant,
ERNEST RENE HUDSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ERNEST RENE HUDSON,<br><br>                    Defendant. | Case No.  26-CR-00201-PCP<br><br>**ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE** |

Upon application of Defendant, Ernest Rene Hudson, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of release are modified to permit Defendant, Ernest Rene Hudson, to travel to Atascadero, California on May 9, 2026 to attend a scheduled training session for his service dog.

IT IS FURTHER ORDERED that all other terms and conditions of release currently in place remain the same.

Dated: __May 7, 2026__

_____
Susan van Keulen
United States Magistrate Judge

1
ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE