BRUCE C. FUNK (CSBN 122340)
Law Office of Bruce C. Funk
46 W. Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant,
ERNEST RENE HUDSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST RENE HUDSON,<br><br>Defendant. | Case No. 26-CR-00201-PCP<br><br>**UNOPPOSED APPLICATION FOR ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE** |

Defendant, Ernest Rene Hudson, hereby applies to this Court for an order modifying the terms and conditions of his release. Specifically, it is requested that Mr. Hudson be allowed to travel to Hawaii on September 25, 2026 and return to California on October 3, 2026, for a family vacation. Mr. Hudson's Pretrial Officer, Yaneyla Arevalo Arellano, has no objection to this request. AUSA Marissa Harris does not oppose this request.

It is requested that the Court grant this modification request for Mr. Hudson.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Bruce C. Funk*
BRUCE C. FUNK, Attorney for Defendant, Ernest Hudson

BRUCE C. FUNK (CSBN 122340)
Law Office of Bruce C. Funk
46 W. Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant,
ERNEST RENE HUDSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST RENE HUDSON,<br><br>Defendant. | Case No. 26-CR-00201-PCP<br><br>**ORDER MODIFYING TERMS AND CONDITIONS OF RELEASE** |

Upon application of Defendant, Ernest Rene Hudson, and good cause appearing:

IT IS HEREBY ORDERED that the conditions of release are modified to permit Defendant, Ernest Rene Hudson, to travel to Hawaii on September 25, 2026 and return to California on October 3, 2026.

IT IS FURTHER ORDERED that all other terms and conditions of release currently in place remain the same.

Dated: September 1, 2026

Susan van Keulen
Hon. Susan van Keulen
United States Magistrate Judge