CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST RENE HUDSON,<br><br>Defendant. | ) | NO. 26-CR-00201 PCP<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM NOVEMBER 18, 2026, TO JANUARY 13, 2027, AND ~~[PROPOSED]~~ ORDER |

The defendant, ERNEST RENE HUDSON, by and through defense counsel Bruce C. Funk, and the United States, by and through Assistant United States Attorney Marissa Harris, respectfully request that the status hearing currently scheduled for November 18, 2026 be continued to January 13, 2027, at 10:00 a.m. The parties further stipulate and request that time be excluded under the Speedy Trial Act from November 18, 2026, through January 13, 2027.

The continuance is requested in order to allow additional time for review and production of discovery and for opportunities to meet and confer regarding settlement of the matter. The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that counsel can continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until January 13, 2027, will allow for the

effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 18, 2026, through January 13, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 17, 2026

/s/
MARISSA HARRIS
Assistant United States Attorney

DATED: November 17, 2026

/s/
BRUCE C. FUNK
Counsel for Defendant ERNEST RENE HUDSON

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court CONTINUES the hearing previously scheduled for November 18, 2026 until January 13, 2027, at 10:00 a.m. The Court FINDS that failing to exclude the time from November 18, 2026, through January 13, 2027, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 18, 2026, to January 13, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 18, 2026, through January 13, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 17, 2026

HON. P. CASEY PITTS
United States District Judge